# United States District Court
## Southern District of Georgia

United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Pension Fund et al.

**Plaintiff**

v.

Milton J. Wood Company

**Defendant**

Case No. 4:19-cv-00123

Appearing on behalf of Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of November, 2019.

*[signed] Christopher L. Ray*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** Laura K. Cline

**Business Address:** Robein, Urann, Spencer, Picard & Cangemi, APLC
Firm/Business Name

2540 Severn Ave
Street Address

Suite 400 | Metairie | LA | 70002
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

504-885-9994
Telephone Number (w/ area code) | Georgia Bar Number

**Email Address:** lcline@ruspclaw.com