# United States District Court
## *Southern District of Georgia*

United Association of Journeymen and
Apprentices of the Plumbing and Pipe
Fitting Industry of the United States and
Canada, AFL-CIO, Local 188 Pension
Fund et al.

Plaintiff

v.

Milton J. Wood Company

Defendant

Case No. 4:19-CV-00123

Appearing on behalf of

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __22nd__ day of __November__, __2019__.

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: John A. Tucker

Business Address: Foley & Lardner, LLP

Firm/Business Name

One Independent Drive, Suite 1300

Street Address

| Street Address (con't) | Jacksonville | FL | 32202 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

904-633-8924

Telephone Number (w/ area code)    Georgia Bar Number

Email Address: jtucker@foley.com